# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE L. GARCIA, JR., et al., | Case No.: 1:16-cv-00282-AWI-BAM |
| Plaintiffs, | ORDER TO RECAPTION CASE |
| v. | |
| THOMAS J. VILSACK, Secretary THE UNITED STATES DEPARTMENT OF AGRICULTURE, | |
| Defendant. | |

On February 16, 2016, the claims of Plaintiff Gloria Palacios Moralez were severed and ordered transferred to the Eastern District of California. Doc. 373. Following transfer, the action now proceeds in this court only on behalf of Plaintiff Gloria Palacios Moralez against Defendant Thomas J. Vilsack, Secretary, United States Department of Agriculture. Accordingly, the caption for this case shall be amended as follows:

///

///

///

///

///

///

1

| | |
|---|---|
| GLORIA PALACIOS MORALEZ,        ) | Case No.: 1:16-cv-00282-AWI-BAM |
|                                                              ) | |
|            Plaintiff,                                    ) | |
|       v.                                                  ) | |
|                                                              ) | |
| THOMAS J. VILSACK, Secretary,    ) | |
| United States Department of Agriculture, ) | |
|                                                              ) | |
|            Defendant.                               ) | |

IT IS SO ORDERED.

Dated: **July 27, 2016**                    /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE

2