LAW OFFICE OF PHILLIP L. FRAAS
Phillip L. Fraas (Admitted to Appear *Pro Hac Vice*, ECF No. 387)
1001 G Street, NW, Suite 800
Washington, DC  20001
Phone: (202) 280-2411
E-mail: phil@phillipfraaslaw.com

STINSON LEONARD STREET LLP
Michael E. Tucci (Admitted to Appear *Pro Hac Vice*, ECF No. 388)
    1775 Pennsylvania Avenue, NW, Suite 800
    Washington, DC  20006
    Phone: (202) 728-3010
    E-mail: michael.tucci@stinson.com
Michael J. Farrell (Attorney No. 177506)
    1850 N. Central Avenue, Suite 2100
    Phoenix, AZ  85004
    Phone: (602) 279-1600
    E-mail: michael.farrell@stinson.com

Attorneys for Plaintiff
GLORIA P. MORALEZ

PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendant
THOMAS J. VILSACK
Secretary, U.S. Department of Agriculture

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA PALACIOS MORALEZ,<br><br>                Plaintiff,<br><br>v.<br><br>THOMAS J. VILSACK, Secretary THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>                Defendant. | Case No. 1:16-cv-00282-AWI-BAM<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR PARTIAL DISMISSAL and ORDER THEREON**<br><br>Current Hearing Date:    October 31, 2016<br><br>Proposed Hearing Date:   November 21, 2016 |

## STIPULATION TO CONTINUE HEARING

IT IS HEREBY STIPULATED by and between Plaintiff Gloria Palacios Moralez and Defendant Thomas J. Vilsack, through their undersigned counsel and subject to Court approval, that Defendant's Motion for Partial Dismissal (ECF No. 399) currently scheduled for hearing on **October 31, 2016**, be continued to **November 21, 2016**. The parties further stipulate that Plaintiff's Opposition shall be filed no later than **October 24, 2016**, and Defendant's Reply shall be filed no later than **November 7, 2016**. The reason for this stipulation is to accommodate the schedules of undersigned counsel.

Dated: October 13, 2016

LAW OFFICE OF PHILLIP L. FRAAS
    Phillip L. Fraas
STINSON LEONARD STREET LLP
    Michael E. Tucci
    Michael J. Farrell

By: /s/ *Michael E. Tucci*    (authorized on 10/13/2016)
    MICHAEL E. TUCCI

Attorneys for Plaintiff
GLORIA P. MORALEZ

Dated: October 13, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ *Joseph B. Frueh*
    JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendant
THOMAS J. VILSACK
Secretary, U.S. Department of Agriculture

IT IS SO ORDERED.

Dated:   October 13, 2016

_____
SENIOR  DISTRICT  JUDGE

STIPULATION TO CONTINUE HEARING ON
DEFENDANT'S MOTION FOR PARTIAL DISMISSAL

1