UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA PALACIOS MORALEZ, | Case No. 1:16-CV-00282-AWI-BAM |
| Plaintiff, | **ORDER VACATING TELEPHONIC CONFERENCE CALL RE INFORMAL DISCOVERY RESOLUTION** |
| v. | |
| THOMAS J. VILSACK, Secretary, United States Department of Agriculture, | **ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL** |
| Defendant. | **(ECF No. 422)** |

Having considered Plaintiff's Motion to Compel and the Joint Statement Regarding Plaintiff's Motion to Compel filed by Plaintiff Gloria Moralez, and good cause shown, pursuant to Federal Rule of Civil Procedure 37(a), it is HEREBY ORDERED that, subject to the Stipulated Protective Order entered in this action (Dkt. 398), Defendant shall produce and disclose to Plaintiff the names and one address for the three Fresno County farmers who received USDA disaster payments through the Fresno County ASCS office for 1993 grape production losses. Further, the telephonic conference call regarding informal discovery resolution set for April 18, 2018, at 10:00 a.m. before the undersigned is HEREBY VACATED, and the parties do not need to appear.

IT IS SO ORDERED.

Dated: __April 17, 2017__                       ___/s/ Barbara A. McAuliffe___
                                                          UNITED STATES MAGISTRATE JUDGE