UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA PALACIOS MORALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGE ERVIN PERDUE III, Secretary, United States Department of Agriculture,<br><br>    Defendant. | CASE NO. 1:16-cv-00282-AWI-BAM<br><br>**ORDER CONTINUING HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND SETTING BRIEFING SCHEDULE**<br><br>**(Doc. 435)** |

In light of the parties' litigation and travel schedules, they have stipulated that the hearing on Defendant's motion for summary judgment, presently scheduled for July 17, 2017, be continued to August 21, 2017. The parties also stipulated to the following briefing schedule regarding the motion for summary judgment:

> Plaintiff's Opposition and any Motion to Supplement the Administrative Record shall be filed no later than **July 14, 2017**; Defendant's Reply and any Opposition to Plaintiff's Motion to Supplement the Administrative Record shall be filed no later than **August 7, 2017**; and any Reply in Support of Plaintiff's Motion to Supplement the Administrative Record shall be filed no later than **August 14, 2017**.

Doc. 435 (emphasis in original). The hearing date is continued and the briefing schedule is set at provided above.

IT IS SO ORDERED.

Dated:   June 28, 2017                                _____
                                                            SENIOR DISTRICT JUDGE

1