IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA PALACIOS MORALEZ,<br><br>           Plaintiff,<br><br>     v.<br><br>GEORGE ERVIN PERDUE III, Secretary THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>           Defendant. | Case No. 1:16-cv-00282-AWI-BAM<br><br>**ORDER CONTINUING HEARING ON AND MODIFYING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>New Hearing Date:   September 11, 2017 |

   The parties have stipulated that Defendant's Motion for Summary Judgment (ECF No. 434) currently scheduled for hearing on August 21, 2017, be continued to September 11, 2017.

   The parties further stipulated that Plaintiff's Opposition and any Motion to Supplement the Administrative Record shall be filed no later than July 27, 2017; Defendant's Reply and any Opposition to Plaintiff's Motion to Supplement the Administrative Record shall be filed no later than August 28, 2017; and any Reply in Support of Plaintiff's Motion to Supplement the Administrative Record shall be filed no later than September 1, 2017.

   The parties represent that the reason for the stipulation is that Plaintiff has been too ill to participate in and approve the Opposition, and has been unable to complete her Declaration. The hearing date is continued and briefing schedule is modified as set out above.

IT IS SO ORDERED.

Dated:   July 14, 2017                               _____
                                                                SENIOR DISTRICT JUDGE

1